```
 1
 2
 3
 4
 5
 6
 7
 8                      United States District Court
 9                      Eastern District of California
10
11
12  Timothy Watts,
13           Plaintiff,              Civ. No. S 05-1844 MCE PAN P
14      vs.                          Order
15  Scott Kernan,
16           Defendant.
17                              -oOo-
18      Plaintiff, a prisoner without counsel, has filed a form
19  petition for a writ of habeas corpus on which he challenges the
20  conditions of his confinement.  He seeks to commence an action in
21  forma pauperis.
22      To commence a civil action a plaintiff must pay the $250
23  filing fee required by 28 U.S.C. § 1914(a) or request leave of
24  court to proceed in forma pauperis and submit the affidavit and
25  trust account statement required by 28 U.S.C. § 1915(a).
26      Plaintiff has neither paid the fee nor submitted a proper
```

1 application for leave to proceed in forma pauperis.
2     Within 30 days from the day this order is signed plaintiff
3 may submit either the filing fee or the application required by
4 § 1915(a). The clerk of the court is directed to mail to
5 plaintiff a form application for leave to proceed in forma
6 pauperis. Failure to comply with this order will result in this
7 file being closed.
8     So ordered.
9     Dated: September 22, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge