United States District Court

Eastern District of California

Timothy Watts,

      Plaintiff,                    Civ. No. S 05-1844 MCE PAN P

  vs.                                Order

Scott Kernan,

      Defendant.

-oOo-

    Plaintiff, a prisoner without counsel, has filed a form petition for a writ of habeas corpus on which he challenges the conditions of his confinement. He seeks to commence an action in forma pauperis.

    To commence a civil action a plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff has neither paid the fee nor submitted a proper

1  application for leave to proceed in forma pauperis.
2      Within 30 days from the day this order is signed plaintiff
3  may submit either the filing fee or the application required by
4  § 1915(a).  The clerk of the court is directed to mail to
5  plaintiff a form application for leave to proceed in forma
6  pauperis.  Failure to comply with this order will result in this
7  file being closed.
8      So ordered.
9      Dated:  September 22, 2005.

                                          /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge