IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

        Plaintiff,                        No. CIV S-05-1844 MCE EFB P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding without counsel in a civil rights action. See 42 U.S.C. 1983.

        On September 6, 2006, the court dismissed plaintiff's claims against defendant Jeanne Woodford pursuant to 28 U.S.C. § 1915A with leave to amend. The court informed plaintiff he could proceed against defendants Scott Kernan, R. Mandeville, J. Mayfield, M. Lea and D. Botello by submitting materials for service within 20 days, but the court would construe his election to so proceed as consent to dismissal of his claims against defendant Jeanne Woodford without leave to amend.

        On September 19, 2006, plaintiff submitted materials for service of defendants Scott Kernan, R. Mandeville, J. Mayfield, M. Lea and D. Botello.

////

1  The court finds plaintiff has consented to dismissal of claims against defendant Jeanne
2 Woodford without leave to amend.

3  Accordingly, it is hereby recommended that claims against defendant Jeanne Woodford
4 dismissed without prejudice.

5  These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
7 after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 Dated: September 25, 2006.

\f&r dsms some defs

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE