IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

      Plaintiff,                           No. CIV S-05-1844 MCE EFB P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.               ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. This action proceeds on the August 15, 2006, first amended complaint. On December 1, 2006, defendants Botello, Kernan, Lea, Mandeville and Mayfiled filed a motion to dismiss for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). Plaintiff has not filed an opposition or a statement of no opposition to the motion.

       A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 78-230(m). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 11-110. The court may recommend this action be dismissed with or without prejudice, as appropriate, if plaintiff

disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

On September 26. 2006, the court advised plaintiff that all motions must be briefed in accordance with Local Rule 78-230(m), and that failure timely to oppose a motion may be deemed a waiver of opposition to granting the motion. Also on that date, the Clerk of the Court served on plaintiff a copy of the Local Rules of this Court. Nevertheless, plaintiff has not filed an opposition or statement of non-opposition to defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that, within 20 days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: January 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE