IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

        Plaintiff,                    No. CIV S-05-1844 MCE EFB P

     vs.

KERNAN, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 1, 2006, all defendants moved to dismiss this action upon the ground plaintiff fails to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). On January 19, 2007, the court informed plaintiff that failure to file a written opposition or a statement of no opposition may be deemed a waiver of any opposition to the motion, gave plaintiff 20 days to file an opposition or statement of non-opposition and warned him that failure to do so could result in dismissal. *See* Fed. R. Civ. P. 41(b). On February 23, 2007, plaintiff requested an extension of time to comply with this order, and on March 1, 2007, the court granted the request. Plaintiff did not file an opposition or a statement of no opposition.

////

////

1  On April 27, 2007, the court again warned plaintiff that he must either file an opposition or a
2  statement of no opposition to the motion to dismiss and gave him 20 days to do so.
3       The 20 days have passed and plaintiff has not filed an opposition or a statement of no
4  opposition and has not otherwise responded to the January 19, 2007, order.  The court finds that
5  plaintiff twice has been warned with specificity that he must file a response to defendants'
6  motion and once has been given an extension of time.  Plaintiff has disobeyed this court's orders.
7  The appropriate sanction is dismissal without prejudice.
8       Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.
9  *See* Fed. R. Civ. P. 41(b).
10       These findings and recommendations are submitted to the United States District Judge
11  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
12  after being served with these findings and recommendations, any party may file written
13  objections with the court and serve a copy on all parties.  Such a document should be captioned
14  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
15  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
16  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
17  Dated:  June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE