1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY WATTS,

11              Plaintiff,              No. CIV S-05-1844 MCE EFB P

12       vs.

13   KERNAN, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  He requests an extension of time to file and serve objections to the June

18   29, 2007, findings and recommendations.  *See* Fed. R. Civ. P. 6(b).

19       Plaintiff's August 2, 2007, motion is granted and plaintiff has 20 days from the date this

20   order is served to file and serve objections to the findings and recommendations.

21       So ordered.

22   DATED:  August 8, 2007.

23

24                    EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE
25

26