IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

       Plaintiff,                    No. CIV S-05-1844 MCE EFB P

    vs.

KERNAN, et al.,

       Defendants.             ORDER

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On December 1, 2006, defendants filed a motion to dismiss this action upon the ground plaintiff failed to state a claim upon which relief could be granted. *See* Fed. R. Civ. P. 12(b)(6). On June 29, 2007, the court found that plaintiff failed to file an opposition or a statement of no opposition to defendants' motion, thereby violating this court's orders. The court recommended that this action be dismissed without prejudice. On August 2, 2007, plaintiff requested additional time to file objections. On August 6, plaintiff filed objections, asserting that his placement in administrative segregation interfered with his ability to file an opposition to defendants' motion to dismiss. On August 8, 2007, the court granted plaintiff's August 2 request. The court finds that plaintiff should have one more opportunity to file an opposition or statement of no opposition to defendants. The findings and recommendations filed June 29,

1  2007, must be vacated.

2  Accordingly, it is ORDERED that:

3  1. The June 29, 2007, findings and recommendations are vacated; and

4  2. Plaintiff has 30 days from the date this order is served to file an opposition to
5  defendants' motion to dismiss.  This is plaintiff's final warning.  Failure to file an opposition to
6  defendants' motion to dismiss will result in a recommendation that this action be dismissed.

7  Dated:   August 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE